UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWELL REED, (PRO SE),

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

"THE CITY OF NEW YORK, et al".,
"POLICE OFFICER; JOHNSON, 100 PCT",
IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,
"QUEENS COUNTY DISTRICT ATTORNEY,
MR. RICHARD A. BROWN, ESQ, IN HIS -
OFFICIAL AND INDIVIDUAL CAPACITY";
"DEFENSE COUNSEL, Lohi Golomsek
IN HIS OFFICIAL & INDIVIDUAL CAPACITY,
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE

2016 JAN -8 PM 3: 17

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: XX Yes ☐ No

(check one)

16 CV 0202

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
       confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
       as necessary.

Plaintiff        Name    MR. LOWELL REED NYSID#04353897P
                 ID #    825-15-00804
                 Current Institution    AMKC FACILITY
                 Address    18-18 HAZEN STREET
                            EAST ELMHURST, NY    11370

B.     List all defendants' names, positions, places of employment, and the address where each defendant
       may be served. Make sure that the defendant(s) listed below are identical to those contained in the
       above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name   "THE CITY OF NEW YORK"          Shield #_____
                       Where Currently Employed  NYC
                       Address    100 CHURCH STREET
                                  NEW YORK, NY    10007

*Rev. 05/2010*                          1

Defendant No. 2    Name   P/O JOHNSON      Shield #   ?

Where Currently Employed   NYPD QUEENS COUNTY

Address   100 PCT 92-24 ROCKAWAY BLVD.,

FAR ROCKAWAY, NY

Defendant No. 3    Name   RICHARD A. BROWN, ESQ.      Shield # _____

Where Currently Employed   QUEENS COUNTY D'A

Address   125-01 QUEENS BLVD.,

KEW GARDENS, NY 11451

Defendant No. 4    Name   DEFENSE COUNSEL, Lori Golaubek   Shield # _____

Where Currently Employed   400 Post Avenue, Suite

Address   205 Westbury New York 11590

Defendant No. 5    Name _____   Shield # _____

Where Currently Employed _____

Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
QUEENS COUNTY CRIMINAL & SUPREME COURTHOUSE UNDER BOTH,
(DOCKET #QS1301552); (IND. NO.: 00025-2012).

B.   Where in the institution did the events giving rise to your claim(s) occur?
(QUEENS COUNTY, QUEENS N.Y., QUEENS COURTHOUSE)

C.   What date and approximate time did the events giving rise to your claim(s) occur?
(SEE: PRELIMINARY STATEMENT OF FACTS)(NATURE OF CLAIM)

D.    Facts: [SEE: EXHIBIT (A): LETTER DATED; NOV 20Th, 2015, BY SEAN A. McNICHOLAS, P.C., ALSO: EXHIBIT (B): NYC DEPT OF PROBATION REPORT, DATED; 1-8-2015 & 5-14-2015, AS DATES OF FAILURE TO REPORT, SIGNED AND DATED; 1020-15 BY BOTH, SUPERVISOR & PROBATION OFFICER]. . .

**What happened to you?**

THIS PROBATION IS CONTINUOUS & CONTINUING ■DAMAGES & INJURIES THAT GOES TO STATUTE OF LIMITATIONS FOR FILING. THE PLAINTIFF WAS DENIED HIS RIGHT TO A FAIR TRIAL, AND THE ARREST CONSTITUTED A "FALSE ARREST". THE NEW

**Who did what?**

YORK COUNTY DISTRICT ATTORNEYS OFFICE MALICIOUS* PROSECUTED THIS PLAIN-TIFF, THIS ALSO WAS COMPLETED AS PART OF A CONSPIRACY, SINGLING OUT THE PLAINTIFF, FROM TWO CO-DEFENDANT'S. THIS WAS ALSO COMPLETED AS THE PLAINTIFF'S DEFENSE COUNSEL CONSPIRED AND COMMITTED LEGAL MALPRACTICE, AS ALL PARTIES SET BACK AND LET (SCJ) HON. KHOM, ILLEGALLY SENTENCE

**Was anyone else involved?**

THE PLAINTIFF TO A PERIOD OF (3-YEARS PROBATION AND 4-MONTHS), AS THE PLAINTIFF, ■AQUITTED■ OF ALL FELONY CHARGES, AFTER A TRIAL, HAD 18-(+) MONTHS IN, AND WAS SENTENCED TO (P.L. § 140.15, CRIMINAL TRESPASS), A CLASS (A) MISDEMEANOR. A TOTAL OF (8) MONTHS IS ALL THAT POSSIBLE TO SERVE. . . THE PROBATION OF TIME/MONTHS IN, CANNOT BE CREDITED AS A

**Who else saw what happened?**

SENTENCE IS UNAUTHORIZED. THEREFORE, ALL MINISTERIAL, DOCUMENTATION IS INVALID ON IT'S FACE. ALL DOCUMENTS HAD TO BE MANUFACTURED TO COVER-UP THE COURTS UNAUTHORIZED & ILLEGAL SENTENCE. A TIME SERVED, RELEASE TO PROBATION WAS THE ONLY RESULT POSSIBLE.

[ [SEE: ATTACHED :'FACTS'] ]

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

N/A

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **XX**   No ____

Rev. 05/2010

D. CONTINUED:

ATTACHED : FACTS
42 U.S.C. § 1983

THE PLAINTIFF'S CO-DEFENDANT'S WERE BOTH

ARRESTED AMONTH PRIOR TO THE PLAINTIFF,
ON OR AROUND, OCT, MID 2011. MR. CHRIS
ZANTINO AND, EDWARD SHEEHAN, BOTH, WHITE
MALES. THESE TWO WERE ORIGINALLY APART
OF THE SAME ARREST EVENTS, SAME CRIME EVENTS
AND, SAME FELONY COMPLAINTS.  YET, MR.
SHEEHAN TESTIFIED BEFORE THE GRAND JURY
AND TURNED  STATES ON THE PLAINTIFF.

SOON THEREAFTER, HE COULD NO LONGER BE
LOCATED BY THE DISTRICT ATTORNEYS OFFICE.

AFTER THE DEFENDANT/PLAINTIFF USED A PHONE
AND WAS RECORDED. THE PEOPLE CLAIMED IT
WAS EVIDENCE AND USED IT AGAINST THE PLAIN-
TIFF. INDICTMENT # 00025-2012, CASE #QS130-
1552, PEOPLE V. LOWELL REED, WENT FORWORD
AND THE PLAINTIFF WAS AQUITTED OF ALL
FELONY COUNTS, ONLY TO BE LEFT WITH SAID MIS-
DEMEANOR COUNT. THAT COUNT, A CLASS A, IS
ONLY (1) CITY YEAR.  THE PLAINTIFF HAD
OVER (18) MONTHS IN AT THE TIME OF HIS SEN-
ENCING, AND, WAS DELAYED SENTENCING, AS
IF HE STILL HAD A FELONY COUNT.

THIS SUIT ADDRESSES THE FALSE IMPRISON-
MENT, EXTRA TIME, INADEQUATE SENTENCING,
CONSPIRACY, DUE PROCESS VIOLATION, PRO-
CEDURAL DUE PROCESS VIOLATION, EQUAL PRO-
TECTION OF LAW VIOLATION, MALICIOUS PRO-
SECUTION, LEGAL MAL-PRACTICE, ALSO, THE
DENIAL OF A FAIR TRIAL. (UNITED STATES
CONSTITUTIONAL AMENDMENT'S, 5Th, 6Th,
8Th and 14Th, N.Y. STATE CONST. AMEND.
Art. 1, § 6).*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   N/A

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _____   Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1.   Which claim(s) in this complaint did you grieve? _____

2.   What was the result, if any? _____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F.   If you did not file a grievance:   N/A

1.   If there are any reasons why you did not file a grievance, state them here: _____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                          4

when and how, and their response, if any:_____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Court Justice, D'A & Legal Aid Intentionally Decided Not To Grant Me Due Process of Law, Follow The Rules , Statutory Regulations pursuant to, Penal Law § 70.00, 70.04, 70.06 & 70.08, also, Rules of Probation & City Jail Sentencing Time Statutes.

There is simply no type of defense for set MInisterial Violations, Therefore,     It is claimed that each event was done with malice thought. It not like these professionals did not know what they had done!!!

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Compensantory  & Montary Damages, including, Punitive Damages to be Set by the Court, $20.000.000.00 Dollars, For all Listed Constitutional Violations, Causes of Action, False Imprisonment, Malicious Prosecution, Legal Malpractice, Conspiracy, Pain Suffering, Mental Anguish, Stress, Duress, Intentional Infliction of Emotional Detress, Cruel & Ususal Punishment.

_____

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No XXX

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

N/A

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

On other claims

Yes _____   No XX

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _12- /5_, 20_/5_

<div style="margin-left: 40%;">

Signature of Plaintiff _Lowell Reed_

Inmate Number _825-150-0804_

Institution Address _18-18 HAZZEN Street_
_EAST ELMHURST NEW YORK_
_11370_
_A.M.K.C._

</div>

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _/2- /5_ , 20_/5_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Lowell Reed_

exhibit (A):

<div align="center">

Law Office of

## Sean A. McNicholas, P.C.

Silver Towers

125-16c Queens Boulevard

Kew Gardens, New York 11415

Telephone (718) 261-0033 Facsimile (718) 261-1919

Seanlawoffice@yahoo.com

</div>

<div align="center">

November 20, 2015

</div>

Mr. Lowell Reed
NYSID # 04353897P
**Anna M. Kross Center (AMKC)**
18-18 Hazen Street
East Elmhurst, NY  11370

<div align="center">

Re:   Indictment # 25/2012
My file # 150135

</div>

Dear Mr. Reed,

Please allow this letter to memorialize what has occurred in Court today, to serve as a reminder of your next Court date regarding the above referenced criminal matter, and to outline what should occur in the meantime.

<div align="center">

### WHAT HAS OCCURRED SO FAR

</div>

Today, in Part K-13, in front of Judge Wong, I was assigned by the Court to represent you regarding your violation of probation criminal matter. You were not produced, and your case was adjourned. Enclosed is a copy of the specifications filed against you.

<div align="center">

### WHAT YOU ARE ACCUSED OF

</div>

You are accused of violation the terms of your probation, you are risking up to one (1) year in jail.

<div align="center">

### YOU'RE NEXT COURT DATE

</div>

Your next Court date regarding your above referenced criminal matter is December 1, 2015, at 9:30 a.m., in Part K-13.

## OFFER TO SETTLE YOUR CASE

At this time there is no offer to settle your case.

## WHAT IS OCCURING RIGHT NOW

Between now and the next Court date, we are researching your new case.

## WHAT WILL HAPPEN ON THE NEXT COURT DATE

Hopefully, you will be produced in Court, and perhaps there will be an offer to settle your VOP.

## IMMIGRATION

I do not recall discussing this issue with you the other day. If you are not a citizen of the United States, there could be immigration consequences as a result of the final disposition of this matter. Please let me know if you are a citizen of the United States.

If you have any questions regarding this matter or any other legal matter, please do not hesitate to contact me.

Very truly yours,

SAM/rsh
Enclosure:
Correspondence # 01

Sean A. McNicholas

exhibit (B):

## New York City Department of Probation
### Manhattan High Risk Branch

## Specification(s) of Alleged Violation of Probation

**Probationer:** REED, LOWELL

**Docket/Indictment #:** 00025-2012

**Case #:** QS1301552

**Address:** 84-00 Shorefront Parkway
apt3M Far Rockaway, NY 11693

**THE ABOVE NAMED PROBATIONER WAS CONVICTED OF PL 140.15 – CRIMINAL TRESPASS AND WAS SENTENCED ON 9/23/13 TO A PERIOD OF 3 YEARS PROBATION AND 4 MONTHS BY THE HONORABLE** KHOM.

The probationer was furnished a written copy of the Probation Conditions at the time sentence was imposed.

The Probation Department alleges that there is reasonable cause to believe that the above named probationer violated a condition of the sentence as follows:

## Specification #1

The probationer failed to lead a law-abiding life, to wit: on 8-5-2015 in Queens County, New York the probationer did agree to sell a quantity of controlled substances in exchange for a sum of USC. The probationer did receive USC from under cover and never returned. The probationer was subsequently arrested on 8/6/15 and charged with 220.16 – Criminal Possession Control Sub 3rd Degree : Narcotic Drug Intent to Sell, PL 220.39 – Criminal Sale Control Substance 3rd : Narcotic Drug, PL 220.03 – Criminal Possession Control Substance 7th Degree and PL 155.25 – Petit Larceny under Queens County Criminal Court Docket number 2015QN039217.

## Specification #2

The probationer failed to lead a law-abiding life, to wit: on 12/10/13 in Queens County, New York, the probationer was charged with VTL 0511 – Aggravated Unlicensed Operation Motor Vehicle 2nd Degree, VTL 0509 – Motor Vehicle License Violation: No License and VTL 0375 – Failed To Use Headlights with Windshield Wipers. On 9/29/14 the probationer was subsequently convicted and charged and charged with NYS VTL§ 0511 – Aggravated Unlicensed Operation Of a Motor Vehicle 3rd Degree under Queens County Criminal Court Docket number 2013QN068015. The probationer pleads guilty and was sentenced to 30 days jail and $300 fine. A Bench warrant was issued and the probationer was ROR.

150135

#6 [signature]

12/1

Probationer: Reed, Lowell
Dkt/Ind. Number: 0025-2012
Case Number: QS1301552

**Specification #3**

The probationer failed to promptly notify the Probation Officer that he was arrested on 8/6/2015 in Queens County, New York and charged with 220.16 – Criminal Possession Control Sub 3rd Degree: Narcotic Drug Intent to Sell, PL 220.39 – Criminal Sale Control Substance 3rd: Narcotic Drug, PL 220.03 – Criminal Possession Control Substance 7th Degree and PL 155.25 – Petit Larceny under Queens County Criminal Court Docket number2015QN039217.

**Specification# 4**

On or about 6/22/15, the probationer changed his address from 84-00 Shore Front Parkway Queens, New York to an unknown address and he failed to promptly notify the Probation Officer prior to such change.

**Specification #5**

The probation failed to report to the probation officer as directed on 5/14/2015 ~~and thereafter.~~ to 8/2015

Attested by: _____ _____    Reviewed by: _____ 10/20/15
              Probation Officer   Date                Supervisor        Date

_____

I hereby acknowledge receipt of a copy of the above.

_____

Probationer's Signature          Date

Original to Court / Copy to Probationer / Copy to Probation Dept.

2120-5/82R

Page 2

Lowell Reed #825-150-0804
18-18 Hazen Street
East amhurst New York 11370
A.M.K.C.

RECEIVED
SDNY PRO SE OFFICE
2016 JAN -8 PM 3:18

Pro-Se Clerk's Office
U.S. Court House
Southern District of New York
500 Pearl Street N.y. N.y. 10007







U.S. POSTAGE
PAID
FLUSHING,NY
11355
JAN 06, 16
AMOUNT
$8.99
00111023-03
1000   10007


USM
SDNY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE